**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| B&H CONSTRUCTION, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:11CV00075   SWW |
| JACKIE A. BURKE | * | |
| | * | |
| Defendant | * | |
| | | |
| JACKIE A. BURKE | | |
| | * | |
| Counter Claimant | * | |
| | * | |
| V. | * | |
| | * | |
| B&H CONSTRUCTION, INC. | * | |
| | * | |
| Counter Defendant | * | |
| | * | |
| | * | |

**ORDER**

Before the Court is Defendant-Counter Claimant Jackie A. Burke's motion to voluntarily dismiss Count I and Count III of his Counterclaim.  Burke states that he intends to proceed only with Count II of his Counterclaim, a breach of contract claim.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the motion (docket entry #18) is GRANTED.  Counts I and III of the Counterclaim are DISMISSED WITHOUT PREJUDICE, and Count II remains.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE