IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**B&H CONSTRUCTION INC.**                          **PLAINTIFF**

VS.                  **NO. 4:11-CV-075 SWW**

**JACKIE A. BURKE**                          **DEFENDANT**

## CONSENT JUDGMENT

Plaintiff B&H Construction, Inc. ("B&H") has reached an agreement with Defendant Jackie A. Burke ("Burke") that judgment be entered against B&H in favor of Burke in the amount of $12,000.00 upon the Counterclaim of Burke, plus post-judgment interest to accrue at the rate of 0.25% per annum, for all of which garnishment and execution may issue. Further, pursuant to this Court's Order entered December 12, 2011, the Complaint of B&H Construction, Inc. is dismissed with prejudice.

IT IS SO ORDERED THIS 7th DAY OF JANUARY, 2012.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE

Approved:

Paul A. Schmidt, Sr.
Attorney for B&H Construction, Inc.
P.O. Box 564
Cabot, AR 72023
paschmidtbk@centurytel.net

David D. Wilson
Attorney for Jackie A. Burke
400 W. Capitol, Suite 2000
Little Rock, AR 72201-3522
wilson@fridayfirm.com